UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER PERSON,

    Plaintiff,

  v.

ROBERT BURTON,

    Defendant.

No. 2:20-cv-0065 JAM AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 7, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 9. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 7, 2020, are adopted in full; and

////

2. This action is dismissed without prejudice under 28 U.S.C. § 1915A(b)(1), for failure to state a claim, based on plaintiff's concession that he failed to exhaust available prison administrative remedies before filing the instant complaint.

DATED: June 29, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE